# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131463(57)(66)(69)

DETROIT FIREFIGHTERS ASSOCIATION,
I.A.F.F. LOCAL 344,
            Plaintiff-Appellee,

v

CITY OF DETROIT,
            Defendant-Appellant.
_____

SC: 131463
COA: 266654
Wayne CC: 05-526691-CL

            On order of the Chief Justice, motions by the Detroit Police Officers Association, the Michigan Association of Police Organizations and the International Association of Fire Fighters for leave to file briefs *amicus curaie* in this case are considered and they are GRANTED.



            I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

Clerk